Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT FRIED,<br><br>         Plaintiff,<br><br>    vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company,<br><br>         Defendant. | CASE NO. 2:18-cv-00689-APG-BNW<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE HIS RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [LR 7-1; LR IA 6-2]<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsel of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiff's response to Wynn Las Vegas, LLC's motion for summary judgment filed on May 20, 2019, for which the response is currently due on June 10, 2019, will be continued until June 25, 2019.

///

///

1

Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given other matters Plaintiff's counsel is involved in, including opening appellate briefs currently due in other cases on June 10, 2019 and June 12, 2019 and an appellate reply brief currently due on June 21, 2019.  No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendant's motion for summary judgment.

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban
Michael P. Balaban, Esq.
10726 Del Rudini St.
Las Vegas, NV  89141
Attorney for Plaintiff

Dated: June 4, 2019

KAMER ZUCKER ABBOTT

 /s/ Jen J. Sarafina
Jen J. Sarafina, Esq.
Dare Heisterman, Esq.
3000 W. Charleston Boulevard, Suite 3
Las Vegas, NV  89102-1990
Attorney for Defendant

Dated: June 4, 2019

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: June 4, 2019.