KAMER ZUCKER ABBOTT
Jen J. Sarafina                    #9679
Dare E. Heisterman            #14060
3000 W. Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel. (702) 259-8640
Fax (702) 259-8646
jsarafina@kzalaw.com
dheisterman@kzalaw.com

Attorneys for Defendant
Wynn Las Vegas, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| VINCENT FRIED | ) | Case No. 2:18-cv-00689-APG- BNW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND REQUEST TO** |
| | ) | **EXTEND DEADLINE FOR** |
| vs. | ) | **DEFENDANT TO FILE REPLY IN** |
| | ) | **SUPPORT OF DEFENDANT'S** |
| WYNN LAS VEGAS, LLC, a Nevada limited | ) | **MOTION FOR SUMMARY** |
| liability company, | ) | **JUDGMENT** |
| | ) | |
| Defendant, | ) | **(First Request)** |
| | ) | |

Defendant Wynn Las Vegas, LLC, ("Defendant"), and Plaintiff Vincent Fried ("Plaintiff), by and through their respective counsel of record (collectively the "Parties"), stipulate and request the Court extend the deadline for Defendant to file its Reply in Support of Defendant's Motion for Summary Judgment up to and including July 26, 2019. In support of this Stipulation and Request, the Parties state as follows:

1.  The current deadline for Defendant to file its Reply in Support of Defendant's Motion for Summary Judgment is July 9, 2019.

2.  Plaintiff requested an extension of time to file its Response to Defendant's Motion for Summary Judgment and agreed to allow Defendant additional time to file its Reply if needed.

3. Defendant agreed to Plaintiff's request for an extension of time to file its Response to Defendant's Motion for Summary Judgment, and the Court granted the parties' stipulated request on June 4, 2019. See ECF No. 29.

4. Counsel for Defendant had previously scheduled time out of the office surrounding the Fourth of July holiday.

5. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the Parties solely for the purpose of allowing Defendant an adequate opportunity to reply to Plaintiff's Response to Defendant's Motion for Summary Judgment.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

WHEREFORE, the parties respectfully request that the Court extend the deadline for Defendant to file its Reply in Support of Defendant's Motion for Summary Judgment up to and including July 26, 2019.

DATED this 2nd day of July, 2019.                DATED this 2nd day of July, 2019.

  /s/ Michael P. Balaban                       /s/ Dare E. Heisterman     
Michael P. Balaban     #9370          Jen J. Sarafina         #9679
Law Offices of Michael P. Balaban       Dare E. Heisterman    #14060
10726 Del Rudini Street                  KAMER ZUCKER ABBOTT
Las Vegas, Nevada 89141               3000 West Charleston Boulevard, Suite 3
Telephone: (702) 586-2964            Las Vegas, NV 89102
Facsimile: (702) 586-3023             Telephone: (702) 259-8640
                                     Facsimile: (702) 259-8646

Attorney for Plaintiff,
Vincent Fried                           Attorneys for Defendant,
                                     Wynn Las Vegas, LLC

**IT IS SO ORDERED.**

Dated: July 8, 2019.

UNITED STATES DISTRICT JUDGE