**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VINCENT FRIED, | Case No.: 2:18-cv-00689-APG-BNW |
| Plaintiff | **Amended Order on Mandate** |
| v. | |
| WYNN LAS VEGAS, LLC, | |
| Defendant | |

    This case was before the United States Court of Appeals for the Ninth Circuit. That court issued two separate rulings on November 18, 2021, one of which affirmed a portion of my prior rulings and the other reversed and remanded in part. ECF Nos. 41, 42. The Ninth Circuit issued the mandate on December 10, 2021. ECF No. 44.

    I THEREFORE ORDER that the mandate be spread upon the records of this Court.

    I FURTHER ORDER the clerk of court to reopen this case.

    I FURTHER ORDER the parties to file a proposed joint pretrial order on plaintiff Vincent Fried's hostile work environment claim by April 25, 2022, unless the parties believe that some other course of action is more appropriate. If so, the parties may file either a stipulation (if they agree) or a status report outlining their competing positions (if they do not agree).

    DATED this 23rd day of March, 2022.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE