KAMER ZUCKER ABBOTT
Jen J. Sarafina          #9679
Dare E. Heisterman    #14060
3000 W. Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel. (702) 259-8640
Fax (702) 259-8646
jsarafina@kzalaw.com
dheisterman@kzalaw.com

Attorneys for Defendant
Wynn Las Vegas, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT FRIED, <br><br>　　　　　　Plaintiff, <br><br>vs. <br><br>WYNN LAS VEGAS, LLC, a Nevada limited liability company, <br><br>　　　　　　Defendant. | Case No. 2:18-cv-00689-APG-BNW <br><br>**STIPULATION AND REQUEST TO EXTEND DEADLINE TO SUBMIT JOINT PRETRIAL ORDER** <br><br>**(First Request)** |

　　　　Plaintiff Vincent Fried ("Plaintiff"), by and through his counsel of record, Michael P. Balaban Esq., and Defendant Wynn Las Vegas, LLC, ("Defendant" or "Wynn"), by and through its counsel of record, the law firm Kamer Zucker Abbott (collectively the "Parties"), stipulate and request that the Court extend the deadline to submit the Joint Pretrial Order by forty-five (45) days, up to and including June 9, 2022.  In support of this Stipulation and Request, the parties state as follows:

1.  The Joint Pretrial Order deadline is currently set for April 25, 2022. <u>See</u> ECF No. 47.

2.  On March 31, 2022, the parties first discussed the possibility of settlement.  Those discussions continued April 6, 8, 11, 15, and 21, and the parties are continuing their discussions.

3. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of continuing settlement discussions and to finalize any settlement. If the parties are unable to reach resolution, the extension will allow the parties time to confer and draft the Joint Pretrial Order.

WHEREFORE, the parties respectfully request that the Court extend the deadline for the parties to submit the Joint Pretrial Order up to and including June 9, 2022.

DATED this 22nd day of April, 2022.        DATED this 22nd day of April, 2022.

/s/ Michael P. Balaban                     /s/ Jen J. Sarafina
Michael P. Balaban      #9370              Jen J. Sarafina        #9679
Law Offices of Michael P. Balaban          Dare E. Heisterman     #14060
10726 Del Rudini Street                    KAMER ZUCKER ABBOTT
Las Vegas, Nevada 89141                    3000 West Charleston Boulevard, Suite 3
Telephone: (702) 586-2964                  Las Vegas, NV 89102
Facsimile: (702) 586-3023                  Telephone: (702) 259-8640
                                           Facsimile: (702) 259-8646

Attorney for Plaintiff,
Vincent Fried                              Attorneys for Defendant,
                                           Wynn Las Vegas, LLC

**IT IS SO ORDERED.**

Dated: April 25, 2022

UNITED STATES DISTRICT COURT JUDGE