KAMER ZUCKER ABBOTT
Jen J. Sarafina          #9679
Dare E. Heisterman     #14060
3000 W. Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel. (702) 259-8640
Fax (702) 259-8646
jsarafina@kzalaw.com
dheisterman@kzalaw.com

Attorneys for Defendant
Wynn Las Vegas, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT FRIED,<br><br>                    Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada limited liability company,<br><br>                    Defendant. | Case No. 2:18-cv-00689-APG-BNW<br><br>**STIPULATION AND REQUEST TO EXTEND DEADLINE TO SUBMIT JOINT PRETRIAL ORDER**<br><br>**(Second Request)** |

Plaintiff Vincent Fried ("Plaintiff), by and through his counsel of record, Michael P. Balaban Esq., and Defendant Wynn Las Vegas, LLC, ("Defendant" or "Wynn"), by and through its counsel of record, the law firm Kamer Zucker Abbott (collectively the "Parties"), stipulate and request that the Court extend the deadline to submit a Stipulation for Dismissal or a Joint Status Report regarding their Joint Pretrial Order by forty (40) days from the current deadline of June 9, 2022, **up to and including July 19, 2022**. This is the parties' second request. In support of this Stipulation and Request, the parties state as follows:

1. The Joint Pretrial Order deadline was initially due April 25, 2022. See ECF No. 47.

2. In late March 2022, the parties began settlement discussions. Those discussions have continued. See ECF No. 48.

3. On April 22, 2022, the parties requested that the Court provide the parties additional time to continue settlement discussions or, in the alternative, to prepare their Joint Pretrial Order. Id.

4. On April 25, 2022, this Court granted the parties their requested extension of time. See ECF No. 49.

5. The parties have continued settlement discussions and have reached an agreement on the key issues, but need additional time to finalize settlement documents.

6. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of finalizing the settlement.

WHEREFORE, the parties respectfully request that the Court extend the deadline for the parties to submit either a Stipulation for Dismissal or a Joint Status Report regarding their Joint Pretrial Order **up to and including July 19, 2022**.

DATED this 8th day of June, 2022.                    DATED this 8th day of June, 2022.

/s/ Michael P. Balaban                                             /s/ Jen J. Sarafina
Michael P. Balaban         #9370                          Jen J. Sarafina           #9679
Law Offices of Michael P. Balaban                     Dare E. Heisterman    #14060
10726 Del Rudini Street                                       KAMER ZUCKER ABBOTT
Las Vegas, Nevada 89141                                   3000 West Charleston Boulevard, Suite 3
Telephone: (702) 586-2964                                 Las Vegas, NV 89102
Facsimile: (702) 586-3023                                    Telephone: (702) 259-8640
                                                                             Facsimile: (702) 259-8646
Attorney for Plaintiff,
Vincent Fried                                                         Attorneys for Defendant,
                                                                             Wynn Las Vegas, LLC

**IT IS SO ORDERED.**

Dated: June 9, 2022

_____
UNITED STATES DISTRICT COURT JUDGE